## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 7 | **DATE** | 1/18/2008 |
| **CASE TITLE** | USA vs. Ahmet Rusid | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. Change of plea hearing set for 2/15/2008 at 2:00 PM. Defendant released on $4500 OR Bond. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiation and 18:3161(h)(8)(A)(B) and USA v. Montoya. (X-T, X-7)

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | ETV |
|---|---|---|