## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 7 | **DATE** | 2/15/2008 |
| **CASE TITLE** | USA vs. Ahmet Rusid | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant Ahmet Rusid withdraws plea of not guilty and enters plea of guilty to Count 7s. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing set for 5/22/2008 at 11:00.

Docketing to mail notices.

00:23

| | Courtroom Deputy Initials: | ETV |
|---|---|---|