UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| V.                       } | 07 CR 815 |
| }                         | |
| AHMET RUSID              } | JUDGE PALLMEYER |
| }                         | (2178) |

**COMBINED OBJECTIONS TO PSI AND SENTENCING MEMORANDUM**

NOW COMES AHMET RUSID, by and through his attorney, Nishay K. Sanan, and files the combined Objections to PSR and Sentencing Memorandum, and in support states as follows:

**Introduction**

As a preliminary matter, Defendant notes that since the ruling *United States v. Booker,* 125 S.Ct. 738 (2005), the sentencing guidelines are advisory, and just one of the sentencing factors to be considered. In the post-*Booker* era, among the factors to consider in sentencing are the history and characteristics of the defendant, 18 USC §3553(a)(1), as well as the need for judges to sentence base on the seriousness of the offense, the desire to provide just punishment and adequate deterrence and to effectively provide rehabilitation for the defendant. §3553(a)(2).[1] The PSI and ultimate sentencing guideline range are still important, however, in that in addition to being a factor, the guideline range provides a framework for the determination of whether a sentence was reasonable on review. *See United States v. Cunningham,* No. 05-1774, slip opp., at 1-2 (7th Cir. Nov. 14, 2005). Post-*Booker* cases in this circuit have held that the sentencing

---

[1] The other five sentencing factors under Section 3553 are: the kinds of sentences available; the sentencing range under the guidelines; pertinent policy statements; avoidance of unwarranted sentence disparities; and victim restitution. 18 USC 3553, et. seq.

1

judge must first compute the applicable guideline range, and then determine if the sentence imposed will be within that range. *See e.g. United States v. Mykytiuk*, 415 F.3d 606, 607-08 (7th Cir. 2005); *United States v. Dean*, 414 F.3d 725, 727 (7th Cir. 2005); and *United States v. George*, 403 F.3d 470, 472-73 (7th Cir. 2005).

Although a sentence imposed within the guideline range is presumed to be reasonable, *Mykytiuk, supra*, 415 F.3d at 608, the sentencing court cannot rest on the guideline range itself, and still must address each of the Section 3553 factors, and make relevant factual findings. *Cunningham, supra*, at 2-3. "Whether a sentence is reasonable depends on its conformity to the sentencing factors set forth in 18 U.S.C. § 3553(a)(2)." *Id., citing Booker*, 125 S. Ct. at 765-66 (2005). The Section 3553 factors are "a directive to the sentencing court." *Id.* Consequently, "the sentencing judge may not rest on the guidelines alone, but must, if asked by either party, consider whether the guidelines sentence actually conforms, in the circumstances, to the statutory factors. *Id., citing United States v. Williams*, 2005 WL 2455110, at *1-2 (7th Cir. Oct. 6, 2005). Just because a sentencing falls within the guidelines, does not mean that it is reasonable. *Id.*

It is with this in mind that Defendant makes the following objections to the PSI, but simply as a preliminary matter to arguing the Section 3553 factors and providing sentencing mitigation.

## Additional Letters

Exhibit 1:    Letter from Defendant's daughter;

Exhibit 2:    Letter from Defendant's friend Yunus Uslu;

Exhibit 3:    Letter from Defendant's friend Khudoyor Ortikov;

Exhibit 4:    Letter regarding Defendant's volunteer work at Community Nutrition Network; and

Exhibit 5:    Letter regarding Defendant's volunteer work at Morris Hospital and Schedule.

## Objections

1) Defendant has no objections to the PSI

## Corrections to PSI

2) Defendant states that on Page 6 Line 144, (nee Rasasit) should state "(nee: Rasit)"

3) Defendant states that on Page 6 Line 149, Ramiye Veline should be spelled "Ramiye Veliu".

### §3553 FACTORS

*1. Factor One - the nature of offense and history of the defendant*

All components of Defendant's history favor probation. He has no prior criminal history. He moved as promptly as possible, to repay the funds. He has a solid family. He has continued to work and to contribute to society. The many letters submitted by friends and family indicate to this Court the type of person standing before the Court is not the typical "defendant".

*2. Factor Two- the need to deter, punish and rehabilitate*

Rusid has clearly shown remorse and acceptance. It is clear that Rusid has taken the first steps towards rehabilitation. It is also clear that Rusid has been punished.

3

Every action that Rusid has taken over the past year implies that he will be deterred from ever acting in a criminal manner again. There is no need for a prison sentence.

*3. Factor Three- kinds of sentence available*

Under the statute, Rusid is eligible for probation. Further, although the guideline range does not call for probation, because of the various circumstances probation is appropriate, and it is a sentence that will be upheld under a review for reasonableness.

*4. Factor Four- The guideline range*

As discussed above, the PSI contends that the applicable guideline range is 24 to 30 months.

*5. Factor five-any pertinent policy statements*

The relevant policy statements from 28 U.S.C. § 994 favor a lower sentence for Rusid. According to 18 USC §994(d), among the factors that this court should look at are Wash's:

(1) age;

(2) education;

(3) vocational skills;

(4) mental and emotional condition to the extent that such condition mitigates the defendant's culpability or to the extent that such condition is otherwise plainly relevant;

(5) physical condition, including drug dependence;

(6) previous employment record;

(7) family ties and responsibilities;

4

(8) community ties;

(9) role in the offense;

(10) criminal history; and

(11) degree of dependence upon criminal activity for a livelihood.

Almost everyone of these factors bode in Rusid's favor. As already discussed extensively,

*Factor six- sentence discrepancies*

Rusid's co-defendant and ex-business partner, who was charges in connection with this offence, received 6 month Community Confinement and 6 months house arrest. Both please guilty and both have paid restitution.

*Factor seven- restitution to the victims*

Restitution is not an issue in this case, unlike most cases; restitution has been paid prior to sentencing.

According to the Administrative Office of the United States Courts, the cost of imprisonment is more than $2,000 a month, while the cost of supervision is less than $300 a month.

Put simply, everyone, including tax payers, are better served if Rusid is donating his time, every day rather that putting additional burden on tax payers to pay for Rusid's incarceration.

### Conclusion

For the foregoing reasons, Defendant requests that you sentence him to a reasonable sentence of probation, and/or community service and/or community

confinement as well as a reasonable fine that allows Rusid the opportunity to continue to be a productive member of society.

Respectfully Submitted,

_/s/ Nishay Sanan_____
An attorney for the Defendant

Law Office of Nishay K. Sanan
327 South Plymouth Court
Chicago, IL 60602
312-692-0360

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } |
| V. | } 07 CR 815 |
| | } |
| AHMET RUSID | } JUDGE PALLMEYER |
| | } (2178) |

NOTICE OF MOTION

*TO:* LAURIE BARSELLA, *219 SOUTH DEARBORN STREET, 5TH FLOOR, CHICAGO, ILLINOIS 60604*

*PLEASE TAKE NOTICE* that on May 19, 2008 WE CAUSED TO BE FILED WITH THE CLERK OF THE COURT, DEFENDANT'S Sentencing Memorandum, A COPY OF WHICH IS SERVED UPON YOU.

/S/ NISHAY SANAN
Nishay K. Sanan, Esq.
327. S. Plymouth Court
Suite 201
Chicago, IL 60604
312-692-0360

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties named by electronically filing the same pursuant to the local rules of ECM on 5/19/08.

/s/ Nishay Sanan

Judge Pallmeyer,

I'm not sure how to start this letter. There is so much I have to say about my father, that it makes it hard for me to compact everything into one letter. I wish I could tell you everything about him. He's done so many great things and he is such an amazing person. I love him very much and am so proud of everything he's done for my family and I. My father and Grandfather came here with absolutely nothing but a hope to make a better life for their family. With hard work and dedication, my father has come so far.

I want to start out giving you an idea of what life has been like for us. I was born in February of 1981 in Chicago Illinois. My parents and I lived in a small apartment in Chicago, along with my grandparents, aunt, and uncle. My Father worked two jobs and provided for the entire family. My parents finally saved up some money and moved into an apartment in Ottawa, IL. This was when my Father went into business with my uncle, my mother's brother, taking over an Italian restaurant in Morris, IL. A few years later we moved to a small house that we rented in Morris. My Father struggled to save money while constantly working. Anyone who's started a business on their own knows the sacrifices you have to make in order to succeed. It's so tempting to want to enjoy life as it happens and live day to day. But my parents saved everything they could. They gave up the idea of taking vacations and going out to expensive dinners. To most people this doesn't sound very exciting, but my parents always tried to think ahead. My mother spent all of her time with me, while my dad was working. We didn't have much, but from what I can remember we were really happy.

When I was in third grade, we finally built a house. My father was finally living the American dream by starting his own business and owning his first home. I grew up in a safe neighborhood and went to a good school. My parents always encouraged me to focus on school and they helped me with my schoolwork when they could. I was involved in sports and had a lot of friends. I was lucky to have family in Morris and saw them almost every day. You could say I had a healthy upbringing and my parents' goal was that I grew up with more than they were able to have. I think that all any parent wants is to make a better life for their children and I know that my father had that in mind every day.

I grew up in a small town and went to a fairly small high school. Throughout high school I played volleyball and made a lot of friends. My parents would come to my games when they could. I made some of my best friends throughout high school and they know my parents very well. My parents love to cook, so they would always invite my friends over for dinner. It was a pretty care free time in my life. Of course there were some bad times as well. I remember my grandfather passing away. This was especially hard on my dad. He was such a good-hearted person and he and my father are so alike. It was one of the only times I've seen my father upset. The only other time I've seen him this way is right now. This situation has taken quite a toll on his spirit and my mother has been worried sick. I can't explain how difficult it is to see your parents so distraught. They are usually the ones who take care of me and now I have to be the strong.

High school went by pretty quickly. My senior year my parents were looking into buying a car. My father and I went looking for a car together. I remember being so excited

and trying to talk him into buying this Grand Jeep Cherokee that I was hoping to drive someday. Needless to say, he and my mother decided that we shouldn't buy it and that we should keep looking. On my 18th birthday, they surprised me with the exact car that we had been looking at. I couldn't believe they had done all this without me suspecting a thing. I'll never forget my mother crying after handing me the keys, and how happy they were to surprise me with it. Soon after, I was preparing to go away to school. I chose to go to Illinois State University because it was close to home. Getting my college degree was very important to my parents because I was the first to go to college in my family. They stayed very involved in my life through the four years and even made it possible for me to study abroad in Florence, Italy. Although I missed them and was very homesick by the end of the trip, I can say that it was one of the best experiences of my life.

My father has always wanted me to have a close relationship with my family. Most of my relatives live overseas and I'm lucky enough to have met most of them. My summer vacation would always consist of visiting relatives in Macedonia, where my parents grew up, or Turkey. He made sure that I met and my relatives and was familiar with my culture.

I graduated college with a double major in Marketing and International Business. However, after my study abroad in Italy, I decided to pursue fashion merchandising. I started my career at Nordstrom right after college. Around this time, my parents had invested in an apartment in Chicago for me to live in. I helped my dad as much as I could, but my salary only goes so far. I live there now and my parents come up to visit me often.

I couldn't ask for a more understanding and wonderful father. He's sacrificed so much for me and accomplished so much more than anyone I know. I know he's so proud of me and I can only hope to never disappoint him. Without his guidance and involvement in my life, I wouldn't be the person I am today.

Thank you for your time,

Nuran Rusid

**CONCEPT**
SCHOOLS

March 28, 2008

Dear Sir/ Madam

I have known Ahmet Rushid for over two years. I know him with his caring, kindness and honesty.
He and his family is a close friend of my family. We visit each other time to time.
He also very generous and hospitable. We always get the benefit of his wise life experience and his positive attitude we respect him as much as our close relatives.
He also known with his refined and polite character in our community.

I am confidently giving this information and please don't hesitate to call me if you have any questions

Respectfully

Yunus Uslu
Art Director

Concept Schools
Office :847 671 2624 Ext 208
Cell    : 224 595 8614
yuslu@conceptschools.org

E+2

To Whom It May Concern:

Ahmet Rusid is one of my closest friends. I have known him for 4 years. We have been involved in various social and cultural activities together. Ahmet Rusid is hard-working, honest, generous, dependable and peace-loving one. His great personality makes our friendship very strong.

If you need any further information, please feel free to contact me.

Sincerely,

Khudoyor Ortikov
660 Pickwick Ct
Mount Prospect, IL 60056
Tel: 847-403-3278

Ex 3

Community Nutrition Network
and Senior Services Association
of Cook County

To whom it may concern:

We are a non-profit senior nutrition site in Morris Illinois, that delivers one hot nutritious meal per day to disabled, frail, homebound seniors. Ahmet Rusid has been volunteering for Community Nutrition Network for approximately, six months. He has been very dependable delivering meals to isolated seniors in Grundy County. He is very observant, when he thinks there is a problem with the senior he always lets us know so we can follow up to make sure that they are in a safe environment. Ahmet often comes in early to help us get the meals packaged up so they can get to our seniors as quickly as possible so they get a hot nutritious meal.

We could not run our Meals on Wheels program without volunteers such as Ahmet. The seniors look forward to seeing the drivers come to their door, as this is often the only contact they have with the outside world all week long.

I would highly recommend Ahmet as a dedicated honest worker and we are proud to have him as a volunteer. If you have any further questions you can contact me at 815-941-1590.

Sincerely,

*Diane Bumgarner*

Diane Bumgarner, Regional Coordinator

Community Nutrition Network

Ex 4

208 S. LaSalle, Suite 1900 • Chicago, Illinois 60604-1001 • www.cnnssacookcounty.org • (312) 207-5290 • Fax (312) 441-0641
*A non-profit organization*



Morris Hospital                                            May 6, 2008
150 West High Street
Morris, Il 60450


To Whom It May Concern:

    Ahmet Rusid is a volunteer at Morris Hospital and has been volunteering one day a week since February of 2008.


Sincerely,

*Tina Carter*

Tina Carter, Manager Transportation/Lifeline

Ex 5

# May 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | 1 C & J Kramer<br>J Hain<br>D Hausein<br>C Sargent<br>H Hain<br>B Flynn<br>M Fannin<br>B Sheilds<br>J O'Hara & P Sheahan | 2 D Henningsen<br>M Veigelt<br>R Smetana<br>E Mann<br>J Robowski<br>B Capper<br>E Robertson & _____ | 3 |
| 4<br>Happy Mother's Day! | 5 M Corn<br>R Smetana<br>E Mann<br>M Veigelt<br>M Fannin<br>S Jerz<br>C Kramer & _____ | 6 R Brown<br>J Hain<br>J Houston<br>S Houston<br>B Sheilds<br>H Hain<br>J Morrow<br>J Rusid | 7 B Ferguson<br>E Pierard<br>L Kellogg<br>J Robowski<br>R Ragan<br>B Capper<br>R Reyes<br>T Pfaff & _____ | 8 C & J Kramer<br>D Hausein<br>C Sargent<br>H Hain<br>B Flynn<br>B Sheilds<br>M Fannin<br>J O'Hara & P Sheahan | 9 D Henningsen<br>B Capper<br>R Smetana<br>E Mann<br>L Kellogg<br>J Robowski<br>M Veigelt<br>E Robertson & B Martin | 10 |
| 11 | 12 M Corn<br>R Smetana<br>E Mann<br>M Veigelt<br>M Fannin<br>S Jerz<br>C Kramer & _____ | 13 R Brown<br>J Rusid<br>J Houston<br>S Houston<br>B Sheilds<br>H Hain<br>J Morrow | 14 B Ferguson<br>J Morrow<br>J Robowski<br>L Kellogg<br>R Ragan<br>B Capper<br>R Reyes<br>T Pfaff & _____ | 15 C & J Kramer<br>C Sargent<br>H Hain<br>J Hain<br>B Flynn<br>M Fannin<br>B Sheilds<br>J O'Hara & P Sheahan | 16 D Henningsen<br>L Kellogg<br>R Smetana<br>E Mann<br>J Robowski<br>B Capper<br>M Veigelt<br>E Robertson & _____ | 17 Remember Friday 16th Volunteer Luncheon ↑ |
| 18 | 19 M Corn<br>R Smetana<br>E Mann<br>M Veigelt<br>M Fannin<br>S Jerz<br>C Kramer & _____ | 20 R Brown<br>J Hain<br>J Houston<br>S Houston<br>B Sheilds<br>H Hain<br>J Morrow<br>J Rusid | 21 B Ferguson<br>E Pierard<br>R Ragan<br>L Kellogg<br>J Robowski<br>B Capper<br>R Reyes | 22 C Kramer<br>J Morrow<br>C Sargent<br>H Hain<br>B Sheilds<br>B Flynn<br>M Fannin<br>J O'Hara & P Sheahan | 23 D Henningsen<br>B Capper<br>R Smetana<br>L Kellogg<br>J Robowski<br>E Mann<br>M Veigelt<br>E Robertson & B Martin | 24 |
| 25 | 26<br>Memorial Day! | 27 R Brown<br>J Rusid<br>J Houston<br>S Houston<br>B Sheilds<br>H Hain<br>J Morrow | 28 B Ferguson<br>J Morrow<br>J Robowski<br>L Kellogg<br>R Ragan<br>B Capper<br>R Reyes<br>T Pfaff & _____ | 29 C Kramer<br>H Hain<br>C Sargent<br>J Hain<br>B Flynn<br>M Fannin<br>B Sheilds | 30 D Henningsen<br>L Kellogg<br>R Smetana<br>E Mann<br>J Robowski<br>B Capper<br>M Veigelt<br>E Robertson & _____ | 31 |