# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 7 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Ahmet Rusid | | |

**DOCKET ENTRY TEXT**

By agreement, sentencing set for 5/22/2008 is stricken and reset to 6/3/2008 at 12:30.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|