UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  07 CR 815-6 |
| | ) | |
| AHMET RUSID | ) | Judge Rebecca Pallmeyer |

## NOTICE OF MOTION

To:

      Counsel for the Defendant


      PLEASE TAKE NOTICE that on Tuesday June 3,  2008, at 12:30 p. m., or as soon thereafter as counsel may be heard, I will appear before Judge Rebecca Pallmeyer in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **MOTION OF THE UNITED STATES FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE,**   at which time and place you may appear if you see fit.

Dated: June 2, 2008

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney


                By:    /s/Laurie Barsella
                          LAURIE BARSELLA
                          Assistant U.S. Attorneys
                          219 South Dearborn Street
                          Chicago, Illinois 60604
                          (312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF MOTION

was, on June 2, 2008  served pursuant to the district court's ECF system as to ECF filers, if any, and a copy thereof was sent by First Class Mail to the individual identified below:

**Warren J Breslin**
Warren J. Breslin, Attorney at Law
10  North Martingale Road
Suite #400
Schaumburg, IL 60173-2418

**James A. McCarron**
Law Office of James A. McCarron
1755 Naperville Road
Suite 100
Wheaton, IL 60187

By:    /s/Laurie Barsella
LAURIE BARSELLA
Assistant U.S. Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300