# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 7 | **DATE** | 6/3/2008 |
| **CASE TITLE** | USA vs. Ahmet Rusid | | |

**DOCKET ENTRY TEXT**

Motion of the United States for entry of a Preliminary Order of Forfeiture [97] granted. IT IS HEREBY ORDERED: That, pursuant to the provisions of 18 U.S.C. § 981(a)912)(C), 28 U.S.C. § 2461(c), and Fe R. Crim P. 32.2, all right, title, and interest defendant Ahmet Rusid may have in funds in the amount of $30,000 is hereby forfeit to the United States of America for disposition according to law. The court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order. Enter Preliminary Order Of Forfeiture.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|